**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6537**

---

ANTHONY GREEN,

Plaintiff - Appellant,

versus

MICHAEL W. MOORE, Director; ROBERT E. WARD,
Warden; PHILLIP MCLEOD, Associate Warden;
JAMES STUCKEY, Major; SERGEANT LEDBETTER; DAVE
J. EVANS, Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-97-918-4-22BE)

---

Submitted:  July 30, 1998          Decided:  August 26, 1998

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Green, Appellant Pro Se.  Andrew Foster McLeod, HARRIS &
MCLEOD, Cheraw, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Green appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. Green's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Green that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Green failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). See generally Thomas v. Arn, 474 U.S. 140 (1985). Green has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2